```
 1  SEYFARTH SHAW LLP
    Dean A. Martoccia (SBN 193185)
 2  David D. Kadue (SBN 113578)
    2029 Century Park East, Suite 3300
 3  Los Angeles, California 90067-3063
    Telephone:  (310) 277-7200
 4  Facsimile:  (310) 201-5219

 5  Attorneys for Defendant,
    LEE PUBLICATIONS, INC.
 6  dba NORTH COUNTY TIMES
    Email: dkadue@seyfarth.com
 7
```

FILED
2008 JUN 17 PM 12:05
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNK _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DALTON, DIAN GARZA, ARMINDA GUZMAN, SHARON HUGHEN, ETELVINA SALGADO, HECTOR MIGUEL SALGADO, and REFUGIO SANCHEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEE PUBLICATIONS, INC., a Delaware Corporation, dba NORTH COUNTY TIMES, and DOES 1 through 50. <br><br> Defendants. | Case No. 08 CV 1072 BTM NLS <br><br> NOTICE OF INTERESTED PARTIES <br> (LOCAL RULE 7.1-1) |

The undersigned, counsel of record for Defendant, LEE PUBLICATIONS, INC., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

Interested Parties:

1.  Yvonne Dalton – Plaintiff
2.  Dian Garza – Plaintiff
3.  Arminda Guzman – Plaintiff

| | | |
|---|---|---|
| 1 | 4. | Sharon Hughen – Plaintiff |
| 2 | 5. | Etelvina Salgado – Plaintiff |
| 3 | 6. | Hector Miguel Salgado – Plaintiff |
| 4 | 7. | Refugio Sanchez – Plaintiff |
| 5 | 8. | Lee Publications, Inc. - Defendant |

DATED: June 17, 2008

SEYFARTH SHAW LLP

By _____
DAVID D. KADUE
Attorneys for Defendant
LEE PUBLICATIONS, INC.

-2-

NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On the date set forth below, I served the within documents:

**NOTICE OF INTERESTED PARTIES**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

[ ] by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| C. Keith Greer, Esq.<br>Julie A. Lowell, Esq.<br>LAW OFFICES OF GREER & ASSOC., A.P.C.<br>16787 Bernardo Center Drive, Ste. 14<br>San Diego, CA 92128 | Marcy E. Kaye, Esq.<br>11770 Bernardo Plaza Court<br>Suite 305<br>San Diego, CA 92128 |

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 17, 2008, at Los Angeles, California.

*/s/ Toni L. Jackson*
——————————————
Toni L. Jackson

PROOF OF SERVICE