SEYFARTH SHAW LLP
David D. Kadue (SBN 113578)
Dean A. Martoccia (SBN 193185)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: dkadue@seyfarth.com
Email: dmartoccia@seyfarth.com

Attorneys for Defendant,
LEE PUBLICATIONS, INC.
dba NORTH COUNTY TIMES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DALTON, DIAN GARZA, ARMINDA GUZMAN, SHARON HUGHEN, ETELVINA SALGADO, HECTOR MIGUEL SALGADO, and REFUGIO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEE PUBLICATIONS, INC., a Delaware Corporation, dba NORTH COUNTY TIMES, and DOES 1 through 50,<br><br>Defendants. | Case No.: 08-CV-1072 BTM NLS<br><br>Assigned to Hon. Barry Ted Moskowitz<br>Dept. 15<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR STRIKE** |

**PLEASE TAKE NOTICE** that Defendant, Lee Publications, Inc., having received Plaintiffs' First Amended Complaint, which moots Defendant's previously filed motion to strike, hereby withdraws that motion and will respond by September 9, 2008 with an answer or further appropriate motion.

DATED: September 2, 2008

SEYFARTH SHAW LLP

By_____
David D. Kadue
Attorneys for Defendant
LEE PUBLICATIONS, INC.

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR STRIKE
08-CV-1072 BTM NLS

LA1 6721615.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) Ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On the date stated below, I served the within documents:

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR STRIKE**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Curtis Keith Greer, Esq.
Julie A. Lowell, Esq.
LAW OFFICES OF GREER & ASSOC., A.P.C.
16787 Bernardo Center Drive, Ste. 14
San Diego, CA 92128
Phone: 858.613.6677

Marcy E. Kaye, Esq.
11770 Bernardo Plaza Court
Suite 305
San Diego, CA 92128
Phone: 858.485.1569

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on September 2, 2008, at Los Angeles, California.

_____
Fern Jenkins

---
2
**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR STRIKE**
08-CV-1072 BTM NLS

LA1 6721615.1