# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DALTON, et al., | Case No. 08cv1072 BTM (NLS) |
| Plaintiff, | **ORDER RE MOTIONS TO STRIKE** |
| v. | |
| LEE PUBLICATIONS, INC., et al., | |
| Defendant. | |

Plaintiffs have filed two Motions to Strike [Docs. 50, 51]. Plaintiffs ask the Court to strike two Separate Statements of Material Facts. Defendants included one Separate Statement in their Motion to Deny Class Certification [Doc. 35], and another in their Opposition to Plaintiffs' Motion to Certify Class [Doc. 48]. Both Separate Statements are over 50 pages long, and are in addition to Defendants' Memorandum of Points and Authorities.

Rule 7.1(h) of the Local Rules states that briefs shall not exceed 25 pages without the Court's consent. The Court has not given its consent, and Defendants' voluminous filings violate the Local Rules.

Defendants must either voluntary withdraw the Separate Statements or file their response to the Motions to Strike by **March 19, 2010.** Defendants' response, if any, is limited to six pages. Defendants may address why they need fifty additional pages, but should also be aware that Plaintiffs have managed to file similar briefs in compliance with the Local Rules.

**IT IS SO ORDERED.**

DATED: March 11, 2010

Honorable Barry Ted Moskowitz
United States District Judge